UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
SOUND RETIREMENT TRUST,

         Plaintiff,

v.

WIITAMAKI JEWELRY STORE, INC.,

         Defendant,

v.

TIMBERLAND BANK,

         Garnishee.

Case No. MC20-0017RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Wiitamaki Jewelry Store, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Timberland Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on March 4, 2020.

Dated this 6th day of March, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT