UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE<br>SOUND RETIREMENT TRUST,<br><br>      Plaintiff,<br>  v.<br><br>WIITAMAKI JEWELRY STORE, INC.,<br><br>      Defendant,<br>  v.<br><br>TIMBERLAND BANK,<br><br>      Garnishee. | Case No. MC20-0017RSL<br><br>ORDER TO SHOW CAUSE |

  On March 6, 2020, the Clerk of Court issued a Writ of Garnishment in the above-captioned matter. Dkt. # 3. On or about March 25, 2020, plaintiff received a claim of exemption from the defendant/judgment debtor, asserting that the garnished account contains payments from the Internal Revenue Service. Dkt. # 4 at 6-8. Plaintiff filed the exemption claim and its objections thereto on April 1, 2020. Dkt. # 4.

  The Court is unaware of any exemption from garnishment related to refunds or other payments from the Internal Revenue Service. Defendant Wiitamaki Jewelry Store, Inc., is hereby ORDERED to SHOW CAUSE why the exemption should not be stricken by providing (a) evidence to support its assertion that funds in the Timberland Bank account came from the Internal Revenue Service AND (b) legal authority to support its claim that such funds are exempt from garnishment under Washington law. Defendant shall respond to this Order to Show

ORDER TO SHOW CAUSE

Cause on or before April 20, 2020. Plaintiff may file a reply on or before April 24, 2020.

The Clerk of Court is directed to mail a copy of this Order to defendant at 201 E. Wishkah Street, Aberdeen, WA 98520 and to note this Order to Show Cause for consideration on Friday, April 24, 2020.

Dated this 3rd day of April, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge