UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE<br>SOUND RETIREMENT TRUST,<br><br>                Plaintiff,<br><br>   v.<br><br>WIITAMAKI JEWELRY STORE, INC.,<br><br>                Defendant,<br>   v.<br><br>TIMBERLAND BANK,<br><br>                Garnishee. | Case No. MC20-0017RSL<br><br>ORDER STRIKING CLAIM OF<br>EXEMPTION |

On March 6, 2020, the Clerk of Court issued a Writ of Garnishment in the above-captioned matter. Dkt. # 3. On or about March 25, 2020, plaintiff received a claim of exemption from the defendant/judgment debtor, asserting that the garnished account contains payments from the Internal Revenue Service. Dkt. # 4 at 6-8. Plaintiff filed the exemption claim and its objections thereto on April 1, 2020. Dkt. # 4.

The Court, being unaware of any exemption from garnishment related to refunds or other payments from the Internal Revenue Service, ordered defendant Wiitamaki Jewelry Store, Inc., to show cause why the exemption should not be stricken. No response has been filed. In the absence of any evidence supporting defendant's assertion that funds in the Timberland Bank account came from the Internal Revenue Service or any legal authority supporting defendant's

ORDER STRIKING CLAIM OF EXEMPTION

claim that such funds are exempt from garnishment under Washington law, defendant's claim of exemption is hereby STRICKEN.

Dated this 27th day of April, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING CLAIM OF EXEMPTION         -2-