UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WIITAMAKI JEWELRY STORE, INC.,<br><br>　　　　　　　Defendant,<br><br>　　　v.<br><br>TIMBERLAND BANK,<br><br>　　　　　　　Garnishee. | Case No. MC20-0017RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE ANSWER |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Board of Trustees of the Sound Retirement Trust |
| Judgment Debtor: | Wiitamaki Jewelry Store, Inc. |
| Garnishee-Defendant | Timberland Bank |
| Garnishment Judgment Amount: | $11,216.55 |
| Garnishment Costs: | $137.00 |
| Attorney for Judgment Creditor: | Douglas M. Lash<br>Barlow Coughran Morales & Josephson, P.S. |

ORDER DIRECTING ENTRY OF JUDGMENT
ON GARNISHEE ANSWER

THIS MATTER coming on for consideration upon Plaintiff/Judgment Creditor's motion for judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed its answer herein stating that it holds funds of the Judgment-Debtor, Wiitamaki Jewelry Store, Inc., in the sum of $11,216.55; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in excess of $11,216.55; that Judgment Creditor's costs in the amount of $137.00 in this garnishment action are stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor by Certified mail, is on file herein now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment Creditor shall have judgment against the Garnishee-Defendant in the sum of $11,216.55; such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by Garnishee-Defendant of the aforementioned sum to the registry of this Court, said Garnishee-Defendant shall be automatically discharged from this action.

3. Judgment Creditor shall have judgment against the Judgment Debtor for costs in this garnishment action in the sum of $137.00; said sum shall be added to Judgment Creditor's prior judgment against Judgment Debtor.

4. Upon receipt of the aforementioned payment from the above Garnishee-Defendant, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $11,216.55, plus all accrued interest, minus any statutory user fees, payable to Judgment Creditor, c/o Barlow Coughran, Morales & Josephson, P.S., 1325 Fourth Ave., Suite 910, Seattle WA 98101, and mail or deliver the check to Barlow Coughran, Morales & Josephson, P.S., ATTN: Douglas M.

Lash.

5.     Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the Judgment Debtor.

Dated this 12th day of May, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge